# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UMAR GARVIN,  :  Plaintiff, : : | |
| v.  : | CIVIL ACTION NO. 20-CV-2988 |
| : CITY OF PHILADELPHIA, : Defendant. : | |

## ORDER

AND NOW, this 30th day of July, 2020, upon consideration of Umar Garvin's *pro se* Complaint (ECF No. 1) and Letter (ECF No. 3), it is **ORDERED** that:

1. Garvin's Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915A(b)(1), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Garvin filing a new case only in the event the decision to revoke his probation or parole and his related sentence are reversed, vacated, or otherwise invalidated.

2. The Clerk of Court shall furnish Garvin with a blank copy of this Court's current standard form for filing a petition pursuant to 28 U.S.C. § 2254. Garvin may use this form to file a *habeas* action after exhausting state remedies if he chooses to do so.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Gerald Austin McHugh**

**GERALD A. McHUGH, J.**